UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

| | |
|---|---|
| ERIE INSURANCE COMPANY, )<br>)<br>    Plaintiff,               )<br>)<br>v.                               )<br>)<br>THE HARBOR AT HARRODS CREEK, )<br>INC., *et al.*              )<br>)<br>    Defendants.      )| Civil Action No. 3:24-CV-412-CHB<br><br>**ORDER OF DISMISSAL WITHOUT PREJUDICE** |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

This matter is before the Court on the parties' Stipulation of Rule 41(a)(1)(A) Dismissal, [R. 25]. The Stipulation seeks to dismiss plaintiff's claims against the defendants in this matter without prejudice and is signed by all parties who have appeared pursuant to Fed. R. Civ. P 41(a)(1)(A)(ii).

The Court, having reviewed the Stipulation and being otherwise sufficiently advised, **HEREBY ORDERS** that this matter is **DISMISSED WITHOUT PREJUDICE** as to all defendants, all dates and deadlines are hereby **VACATED**, and this matter is **STRICKEN** from the Court's active docket.

This the 4th day of November 2024.



CLARIA HORN BOOM,
UNITED STATES DISTRICT COURT JUDGE
EASTERN AND WESTERN DISTRICTS OF
KENTUCKY

cc:   Counsel of Record